No. 226. WILLARD M. LINDSEY *v.* J. WESTON ALLEN, ATTORNEY GENERAL OF THE STATE OF MASSACHUSETTS,

ET AL. Appeal from the District Court of the United States for the District of Massachusetts. Submitted April 28, 1922. Decided May 1, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. See *Williams* v. *Scudder, ante,* 607. *Mr. Hector M. Hitchings* and *Mr. Henry N. Rice* for appellant. *Mr. J. Weston Allen* and *Mr. Arthur E. Seagrave* for appellees.

---

PETITIONS FOR CERTIORARI GRANTED, FROM FEBRUARY 28, 1922, TO AND INCLUDING MAY 1, 1922.